```
                    FILED
                    October 1, 2015
                    CLERK, US DISTRICT COURT
                    EASTERN DISTRICT OF
                    CALIFORNIA
                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GEROGE B. LARSEN, ) <br> ) <br> Defendant. ) | Case No. 2:15-CR-00190-GEB-5 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  GEROGE B. LARSEN , Case No.  2:15-CR-00190-GEB-5 , Charge  18USC § 371 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 __ Release on Personal Recognizance

 __ Bail Posted in the Sum of $_____

   __ Unsecured Appearance Bond $_____

   __ Appearance Bond with 10% Deposit

   __ Appearance Bond with Surety

   __ Corporate Surety Bail Bond

   ✔ (Other)  Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  October 1, 2015  at  2:00 pm .

             By /s/ Allison Claire/s/ Allison Claire
                Allison Claire
                United States Magistrate Judge

Copy 2 - Court