1  Dustin D. Johnson (SBN: 234008)
   Two Rivers Law, P.C.
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4

5  Attorney for George B. Larsen

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | No.  2:15-CR-0190 GEB
12 |         Plaintiff,           | **[Amended Proposed] ORDER**
13 |    v.                        | **Judge: Hon. Garland E. Burrell**
   |                              | **Time: 9:00 a.m.**
14 | George B. Larsen,            | Date: August 11, 2017
15 |         Defendant.           |

16

17 **To: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

18      This is to authorize and direct you to furnish defendant

19 George B. Larsen with transportation and subsistence from the

20 Portsmouth, New Hampshire area to Sacramento, California on

21 August 10, 2017 and from Sacramento, California to New Hampshire

22 on August 11, 2017 or as soon thereafter as possible.

23      Mr. Larsen is indigent and financially unable to pay his

24 travel expenses to and from Sacramento, California. This request

25 is authorized pursuant to 18 U.S.C. § 4285.

26

27 *///*

28 *///*

                                 1

IT IS SO ORDERED.

Dated: August 4, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge