Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for George B. Larsen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>George B. Larsen,<br><br>            Defendant. | No.  2:15-CR-0190 GEB<br><br>**ORDER**<br><br>**Judge: Hon. Garland E. Burrell**<br>**Time: 9:00 a.m.**<br>Date: September 12, 2017 |

**To: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish defendant George B. Larsen with transportation and subsistence from the Portsmouth, New Hampshire area to Sacramento, California on September 9, 2017 and from Sacramento, California to New Hampshire on or before September 29, 2017 or as soon thereafter as possible.

Mr. Larsen is indigent and financially unable to pay his travel expenses to and from Sacramento, California. This request is authorized pursuant to 18 U.S.C. § 4285.

*///*

*///*

1

1

2          **IT IS SO ORDERED.**

3  Dated:   September 1, 2017

4

5                                          _____

6                                          GARLAND E. BURRELL, JR.
                                           Senior United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28