Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for George B. Larsen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>George B. Larsen,<br><br>       Defendant. | No. 2:15-CR-0190 GEB<br><br>**[Amended Proposed] ORDER**<br><br>**Judge: Hon. Garland E. Burrell**<br>**Time: 9:00 a.m.**<br>**November 28, 2017** |

**To: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

    This is to authorize and direct you to furnish defendant George B. Larsen with transportation and subsistence from the Portsmouth, New Hampshire area to Sacramento, California on November 26, 2017 and from Sacramento, California to New Hampshire on December 15, 2017 or as soon thereafter as possible.

    Mr. Larsen is indigent and financially unable to pay his travel expenses to and from Sacramento, California. This request is authorized pursuant to 18 U.S.C. § 4285.

    **IT IS SO ORDERED.**

    **Dated: November 15, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge