Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for George B. Larsen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>George B. Larsen,<br><br>　　　　Defendant. | No.  2:15-CR-0190 GEB<br><br>**ORDER** |

　　　The Court, through this Order, hereby authorizes counsel to furnish George B. Larsen, subsistence in the form of the reasonable cost of a hotel room for the duration of the trial which is scheduled to commence on November 28, 2017, including arrival on November 26, 2017. This is authorized pursuant to 18 U.S.C. § 3006A(e)(1) of the Criminal Justice Act which allows counsel to be reimbursed for any services necessary for adequate representation of indigent defendants. Counsel must, however, provide proof of payment and all documentation as required for any other expense under the Criminal Justice Act and the amount expended must be reasonable and is only to include hotel costs.
///

1

**IT IS SO AUTHORIZED AND ORDERED.**

Dated: November 22, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge