McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMSATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE B. LARSEN,<br><br>Defendants. | CASE NO. 2:15-CR-190 GEB<br><br>STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING DATE |

The parties request that the date for sentencing be continued to May 18, 2018, to allow time for completion of the presentence report and sentencing memoranda. The parties agree to the following schedule:

Judgment and Sentencing Date: May 18, 2018

Reply, or Statement of Non-Opposition: May 11, 2018

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: May 4, 2018

1

1 | The Presentence Report shall be filed with the Court and disclosed to counsel no later than:

2 | April 27, 2018

4 | Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: April 20, 2018

8 | The proposed Presentence Report shall be disclosed to counsel no later than: April 6, 2018

Dated: March 13, 2018                                       Respectfully submitted,

                                                            McGREGOR W. SCOTT
                                                            United States Attorney

                                                  By:       /s/ Audrey B. Hemesath
                                                            AUDREY B. HEMESATH
                                                            Assistant U.S. Attorney


                                                  By:       /s/ Dustin Johnson
                                                            DUSTIN JOHNSON
                                                            Counsel for George B. Larsen


**ORDER**

It is so ordered.


Dated: March 15, 2018


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge