Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for George B. Larsen

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, | No. 2:15-CR-190 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING DATE** |
| v. | |
| George B. Larsen, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto though their respective counsel, Audrey Hemesath, Assistant United States Attorney, and Dustin D. Johnson, Counsel for GEORGE B. LARSEN, that:

1. By previous order, this matter was set for sentencing on May 18, 2018.
2. By stipulation, the parties now move to continue sentencing to June 22, 2018.
3. The Defense needs additional time to prepare for sentencing by, inter alia, consulting with an expert, consulting with the client and researching issues pertinent to making a

1

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | recommendation to the Court for a proposed sentence.            |
| 2   | 4. The prosecutor has no objection.                             |

**IT IS SO STIPULATED.**

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

The probation officer has no objection to continuing the Judgment and Sentencing to June 22, 2018 and has provided the following briefing schedule based on the new Judgement and Sentencing Date of June 22, 2018:

- Reply, or Statement of Non-Opposition: JUNE 15, 2018
- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: JUNE 8, 2018
- The Presentence Report shall be filed with the Court and disclosed to counsel no later than: JUNE 1, 2018
- Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: MAY 25, 2018

The proposed Presentence Report was disclosed to counsel on April 6, 2018.

Dated: April 18, 2018        Respectfully Submitted,

By: /s/ Dustin Johnson
DUSTIN D. JOHNSON
Attorney for Defendant
George B. Larsen

McGregor W. Scott
United States Attorney

By: /s/Audrey Hemesath(approved via email)
AUDREY B. HEMESATH
Assistant U.S. Attorney

**ORDER**

It is so ordered.

Dated: April 23, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge