Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for George B. Larsen

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| United States of America, | No.  2:15-CR-190 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING DATE** |
| v. | |
| George B. Larsen, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto though their respective counsel, Audrey Hemesath, Assistant United States Attorney, and Dustin D. Johnson, Counsel for GEORGE B. LARSEN, that:

1. By previous order, this matter was set for sentencing on June 22, 2018.

2. By stipulation, the parties now move to continue sentencing to August 3 2018.

3. The Defense needs additional time to prepare for sentencing by, inter alia, consulting with an expert, consulting with the client and researching issues pertinent to making a

1

1  recommendation to the Court for a proposed sentence.

2    4. The prosecutor has no objection.

3

4  **IT IS SO STIPULATED.**

5

6      The prosecutor has authorized defense counsel to sign this

7  stipulation on her behalf.

8      The probation officer has been contacted regarding the

9  proposed change. She has no objection to continuing the Judgment

10 and Sentencing to August 3, 2018 and has provided the following

11 briefing schedule based on the new Judgement and Sentencing Date

12 of August 3, 2018:

13 • Reply, or Statement of Non-Opposition: JULY 27, 2018

14 • Motion for Correction of the Presentence Report shall be

15    filed with the Court and served on the Probation Officer and

16    opposing counsel no later than: JULY 20, 2018

17 • The Presentence Report shall be filed with the Court and

18    disclosed to counsel no later than: JULY 13, 2018

19 • Counsel's written objections to the Presentence Report shall

20    be delivered to the Probation Officer and opposing counsel

21    no later than: JULY 6, 2018

22     The Presentence Report was disclosed to counsel on June 4,

23 2018.

24

25 Dated: June 5, 2018      Respectfully Submitted,

26                   By: /s/ Dustin Johnson

DUSTIN D. JOHNSON
27                      Attorney for Defendant
George B. Larsen
28

1   Dated: June 5, 2018 McGregor W. Scott
                        United States Attorney
2

3                       By: /s/Audrey Hemesath (approved via phone)
                        AUDREY B. HEMESATH
4                       Assistant U.S. Attorney

5

6
                                    **ORDER**
7
    It is so ordered.
8
    Dated:  June 18, 2018
9

10

11   _____
     GARLAND E. BURRELL, JR.
12   Senior United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3