1  Dustin D. Johnson (SBN: 234008)
   Two Rivers Law, P.C.
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4

5  Attorney for George B. Larsen

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | United States of America, | No.  2:15-CR-190 GEB |
12 |         Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING DATE** |
13 |    v. | |
14 | George B. Larsen, | |
15 |         Defendant. | |

16

17     **IT IS HEREBY STIPULATED** by and between the parties hereto
18 though their respective counsel, Audrey Hemesath, Assistant
19 United States Attorney, and Dustin D. Johnson, Counsel for GEORGE
20 B. LARSEN, that:
21   1. By previous order, this matter was set for sentencing on
22      August 3 2018.
23   2. By stipulation, the parties now move to continue sentencing
24      to August 17 2018.
25   3. The Defense needs additional time to prepare for sentencing
26      by, inter alia, preparing formal objections and sentencing
27      memorandum.
28

                                    1

4. The prosecutor has no objection.

**IT IS SO STIPULATED.**

    The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

    Defense counsel attempted to contact the probation officer regarding the proposed change on Friday, July 27, 2018 but was unable to. On Monday, July 30, 2018, defense counsel contacted the probation office and was informed the probation officer is out of the office through at least this week as is her supervisor. Because of the time sensitive nature of this request, defense counsel is submitting this request with the understanding that, if the date is not good for the probation officer, the date will be adjusted. Defense counsel has reviewed this plan with the prosecutor.

The following briefing schedule is based on the new Judgement and Sentencing Date of August 17, 2018:
- Reply, or Statement of Non-Opposition: AUGUST 10, 2018
- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: AUGUST 3, 2018

    The FINAL Presentence Report was disclosed to counsel on JULY 11, 2018.

///

///

Dated: July 30, 2018        Respectfully Submitted,

                            By: /s/ Dustin Johnson
                            DUSTIN D. JOHNSON
                            Attorney for Defendant
                            George B. Larsen

Dated: July 30, 2018        McGregor W. Scott
                            United States Attorney

                            By: /s/Audrey Hemesath (approved via email)
                            AUDREY B. HEMESATH
                            Assistant U.S. Attorney

**ORDER**

It is so ordered.

Dated: August 1, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge