UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-CR-00190-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| GEORGE B. LARSEN, | |
| Defendant. | |

This Court is in receipt of a number of nonsensical filings submitted by Defendant George B. Larsen.  ECF Nos. 616, 644-62, 664-65).  These are all hereby STRICKEN, and any future filings will be summarily DISREGARDED.

IT IS SO ORDERED.

Dated:  February 10, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE